SAMUEL L. WHITE, Respondent, *v.* PETER H. McNULTY, Appellant.

Reported below, 20 App. Div. 173.
(Argued June 6, 1898; decided June 14, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered upon an order made April 1, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the ground that the decision of the Appellate Division was unanimous.

*Smith & White* for motion.

*Towns & McCrossin* opposed.

Motion denied, with ten dollars costs.